Submitted November 23, 2016; reconsideration allowed, former opinion (282 Or App 208, 384 P3d 175) withdrawn, reversed and remanded January 11; petition for review allowed May 11, 2017 (361 Or 486)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## MICHELLE RAE SMITH,
*Defendant-Appellant.*

Lincoln County Circuit Court
141766; A158794

387 P3d 499

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and David B. Thompson, Assistant Attorney General, for petition.

Ernest G. Lannet, Chief Defender, and Matthew Blythe, Deputy Public Defender, Office of Public Defense Services, for response.

Before Duncan, Presiding Judge, and DeVore, Judge, and Garrett, Judge.

**PER CURIAM**

The state filed a petition for reconsideration of our prior decision in this case, *State v. Smith*, 282 Or App 208, 384 P3d 175 (2016), seeking to file supplemental briefing that it filed in a related case, *State v. Sholedice*, 283 Or App 346, 386 P3d 701 (2017). After the state filed its petition, we issued our decision in *Sholedice*. In light of that decision, we allow reconsideration, deny the request for supplemental briefing, withdraw our prior decision, and reverse and remand pursuant to *State v. Barnthouse*, 271 Or App 312, 350 P3d 536 (2015), *aff'd on other grounds*, 360 Or 403, 380 P3d 952 (2016) (holding that, for purposes of Article I, section 9, of the Oregon Constitution, law enforcement illegally seized a package by removing it from the stream of mail and submitting it to a dog sniff).

Reconsideration allowed; former opinion withdrawn; reversed and remanded.